**Ronald Jeffrey BROWN, III,**
**Petitioner–Appellant,**

v.

**DIRECTOR, DEPARTMENT OF COR-**
**RECTIONS; Attorney General of the**
**Commonwealth of Virginia, Respon-**
**dents–Appellees.**

No. 02–6091.

United States Court of Appeals,
Fourth Circuit.

Submitted July 15, 2002.

Decided Aug. 5, 2002.

Gregory Adam Adamski, Adamski & Conti, Chicago, Illinois, for Appellant. Richard Bain Smith, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Ronald Jeffrey Brown, III, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2002). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Brown v. Director Dep't of Corrections*, No. CA–01–405–3 (E.D.Va. Dec. 13, 2001). We deny Brown's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*